1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

12  ROBERT TREVINO,                               ) Case No. CV 10-3637-SVW (JEM)
                                                  )
13                         Plaintiff,             )
                                                  ) **JUDGMENT**
14             v.                                 )
                                                  )
15  M.E. SPEARMAN, et al.,                        )
                                                  )
16                         Defendants.            )
                                                  )
17  _____           )

18

19       In accordance with the Order Accepting Findings and Recommendations of United
    States Magistrate Judge filed concurrently herewith,

20

21       IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

22

    DATED: October 12, 2011                       _____
23                                                       STEPHEN V. WILSON
                                                     UNITED STATES DISTRICT JUDGE
24

25

26

27

28